# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

PAUL EDWARD MOATS,

    Plaintiff,

v.                                        Case No.: 2:06 CV 104
                                           (Judge Maxwell)

THE PRESTON COUNTY COMMISSION,

    Defendant.

## AMENDED AGREED ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE

Come now the below designated parties, by counsel, and represent to the Court, they that agreed to extend the expert disclosure deadlines set forth in the Report of Initial Planning Meeting dated March 13, 2007. By agreement of the parties, it has been agreed that the expert disclosure will be extended for a period of 30 days from those dates set forth in the Agreed Order To Extend Expert Disclosure Deadline. As a result, the Plaintiff's expert disclosure will now be due by November 29, 2007, and the Defendant's expert disclosure will be due by December 29, 2007.

It is hereby ordered that such parties shall be GRANTED an extension to file expert disclosures as set forth herein.

The Clerk is directed to send copies of this Order to counsel of record as follows: William C. Brewer, Esq., Brewer & Giggenbach, PLLC, P.O. Box 4206, Morgantown, West Virginia 26505, Boyd Warner, Esq., 321 W. Main Street #701 Clarksburg WV 26301.

ENTER: *October 26, 2007*

_____
JUDGE

Prepared By:

_____
William C. Brewer
WV State Bar No. 448
P.O. Box 4206
Morgantown, WV 26504
(304) 291-5800
*Counsel for Plaintiff*

Approved By:

_____
Boyd Warner, Esq.,
321 W. Main Street #701
Clarksburg WV 26301
(304) 624-5571
*Counsel for the Defendant*

2